UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00188-FDW

| | |
|---|---|
| UNITED STATES, | )<br>)<br>) |
| vs. | )<br>) ORDER |
| KENTRELL MCINTYRE, | )<br>) |
| Defendant. | )<br>)<br>) |

THIS MATTER is before the Court on Defendant's Motion for Additional Peremptory Challenges (Doc. No. 429). The Court GRANTS IN PART AND DENIES IN PART that motion. The Court denies Defendant's request to separately exercise ten (10) peremptory challenges during the selection of the jury. Instead, the Court will allow all Defendants set for trial on April 29, 2013, additional peremptory challenges. Defendants collectively have a total of twelve (12) peremptory challenges among them.

IT IS SO ORDERED.

Signed: April 24, 2013

Frank D. Whitney
United States District Judge